Jeremy E. Branch, CA Bar #303240
Law Offices of Jeffrey Lohman
4740 Green River Rd., Suite 310
Corona, CA 92880
Telephone: (866) 329-9217

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| ERICA DEROSA, | ) Case No.: 8:19-cv-01465-JVS-DFM |
| Plaintiff, | ) |
| – vs – | ) NOTICE OF SETTLEMENT |
| CAPITAL ONE BANK (USA), N.A., | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff ERICA DEROSA ("Plaintiff") and Defendant CAPITAL ONE BANK (USA), N.A. ("Defendant") have reached settlement in the above-captioned action. The parties anticipate that a Joint Stipulation of Dismissal will be filed within thirty (30) days once settlement documents are executed. Pending the Joint Stipulation of Dismissal, Plaintiff respectfully requests that all pending deadlines and hearings be vacated.

RESPECTFULLY SUBMITTED,

Dated: December 27, 2019        By:*Jeremy E. Branch*
                                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on December 27, 2019 I filed Plaintiff ERICA DEROSA'S Notice of Settlement using the CM/ECF system, which will provide notice to the following:

Marcos D. Sasso (State Bar No. 228905)
sassom@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350

                                 */s/ Jeremy E. Branch*
                                 Jeremy E. Branch, CA Bar #303240
                                 Law Offices of Jeffrey Lohman
                                 4740 Green River Rd Ste. 310
                                 Corona, CA 92880
                                 Telephone: (866) 329-9217 ext. 1009
                                 Attorney for Plaintiff, ERICA DEROSA