# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA DEROSA, | Case No: 8:19-cv-01465-JVS-DFM |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| CAPITAL ONE BANK (USA), N.A., | |
| Defendants. | |

## [PROPOSED] ORDER OF DISMISSAL

Plaintiff, Erica DeRosa ("Plaintiff"), and Defendant Capital One Bank (USA), N.A., ("Defendant"), having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant are DISMISSED with prejudice. Each party shall bear their own costs and attorney's fees.

SO ORDERED.

Dated: January 07, 2020

James V. Selna
United States District Judge